UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME:  U.S. v HUSSIEN NOOR HUSSIEN

DOCKET NO:  2:18-cr-00078-GZS

HEARING TYPE: Jury Trial

## Exhibit List

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Obj. | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 1 | | | A-file of Abukar Hassan Abudule | | 4/22/19 | | |
| 1-A* | | | A-file certification | | 4/22/19 | 4/22/19 | 4/22/19 |
| 1-B* | | | Form I-590, Registration for Classification as Refugee, October 1, 2003 | | 4/22/19 | 4/22/19 | 4/22/19 |
| 1-C* | | | Form I-485, Application to Register Permanent Residence or Adjust Status, May 26, 2006 | | 4/22/19 | 4/22/19 | 4/22/19 |
| 1-D* | | | Decision letter denying I-485 Application, August 11, 2006 | | 4/22/19 | 4/22/19 | 4/22/19 |
| 1-E* | | | Form I-485, Application to Register Permanent Residence or Adjust Status, October 19, 2006 | | 4/22/19 | 4/22/19 | 4/22/19 |
| 1-F* | | | Form N-400 Application for Naturalization, January 27, 2011 | | 4/22/19 | 4/22/19 | 4/22/19 |
| 1-G* | | | Form I-797C, Notice of Action, April 15, 2011 | | 4/22/19 | 4/22/19 | 4/22/19 |
| 1-H* | | | Form M-1000HG, USCIS Naturalization Test, May 23, 2011 | | 4/22/19 | 4/22/19 | 4/22/19 |
| 1-I* | | | Form N-652, Naturalization Interview Results | | 4/22/19 | 4/22/19 | 4/22/19 |

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Obj. | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 1-J* | | | Form N-445, Notice of Naturalization Oath Ceremony, Sept. 28, 2011 | | 4/22/19 | 4/22/19 | 4/22/19 |
| 1-K* | | | Certificate of Naturalization, October 28, 2011 | | 4/22/19 | 4/22/19 | 4/22/19 |
| 1-L* | | | N-400 Adjudication Processing Worksheet | | 4/22/19 | 4/22/19 | 4/22/19 |
| 2-A* | | | Application for a U.S. Passport, November 8, 2011 | | 4/23/19 | 4/23/19 | 4/23/19 |
| 2-B* | | | U.S. Passport Renewal Application, July 19, 2013 | | 4/23/19 | 4/23/19 | 4/23/19 |
| 4 | | | Photograph of Abukar Hassan Abdule | | 4/22/19 | 4/22/19 | 4/22/19 |
| 5* | | | Divorce Judgment, January 27, 2011 | | 4/22/19 | 4/22/19 | 4/22/19 |
| 6-A* | | | Order Changing Name for Hussien Noor Hussien, April 19, 2013 | | 4/22/19 | 4/22/19 | 4/22/19 |
| 6-B* | | | Order Changing Name for AHN, April 19, 2013 | | 4/22/19 | 4/22/19 | 4/22/19 |
| 6-C* | | | Order Changing Name for SHN, April 19, 2013 | | 4/22/19 | 4/22/19 | 4/22/19 |
| 7 | | | Recorded Interview with Hussien Noor Hussien, March 20, 2018 | | 4/23/19 | 4/23/19 | 4/23/19 |
| 7-T* | | | Transcript of Recorded Interview with Hussien Noor Hussien | | 4/23/19 | | |
| 8 | | | Immunity Letter of Batula Ismail | | 4/22/19 | 4/22/19 | 4/22/19 |
| | 1 | | Republic of Kenya Refugee Certificate | | 4/22/19 | 4/22/19 | 4/22/19 |
| | 6 | | Pre-Interview Naturalization Eligibility Assessment | x | 4/22/19 | 4/22/19 | |
| | 2 | | Naturalization Study Book | | 4/23/19 | | |
| | | 1 | Attested indictment | | 4/24/19 | 4/24/19 | 4/24/19 |
| | | 2 | Jury Instructions | | 4/24/19 | 4/24/19 | 4/24/19 |

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Obj. | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| | | 3 | Note to Court from Jury | | 4/24/19 | 4/24/19 | 4/24/19 |
| | | 4 | Note to Court from Jury | | 4/24/19 | 4/24/19 | 4/24/19 |
| | | 5 | Note to Jury from Court | | 4/24/19 | 4/24/19 | 4/24/19 |
| | | 6 | Note to Court from Jury | | 4/25/19 | 4/25/19 | 4/25/19 |
| | | 7 | Note to Court from Jury | | 4/25/19 | 4/25/19 | 4/25/19 |

***Redacted version of exhibit on file at Clerk's Office.**